| UNITED STATES DISTRICT COURT | **MAKE JS-6** |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | |

CIVIL MINUTES -- GENERAL

Case No.   CV-12-7104-R                                                Date: AUGUST 20, 2012

Title:   1427 W. 108TH STREET LLC et al -V- VICTOR MONTEROSAS
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

|  William Horrell | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

   cc: counsel of record

MINUTES FORM 11                                                Initials of Deputy Clerk ___WH____
CIVIL -- GEN